FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 20 2024

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

IN THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| Allstate Insurance Company,<br><br>               Plaintiff,<br><br>v.<br><br>John Mark Goings,<br><br>               Defendant. | Case No. 4:24-cv-00257-KGB<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Plaintiff Allstate Insurance Company ("Allstate"), pursuant to Federal Rule of Civil Procedure 7.1, state as follows for their Corporate Disclosure Statement:

1.    Allstate Insurance Company is a wholly owned subsidiary of Allstate Insurance Holdings, LLC, a Delaware limited liability company. Allstate Insurance Holdings, LLC is a wholly owned subsidiary of The Allstate Corporation, a Delaware corporation.

2.    The stock of The Allstate Corporation is publicly traded.

3.    No publicly-held entity owns 10% or more of the stock of The Allstate Corporation.

*(THE REMAINDER OF THIS PAGE LEFT INTENTIONALLY BLANK)*

1

Dated: March 19, 2024

Respectfully submitted,

/s/ Michael Montgomery

MICHAEL MONTGOMERY (OH Bar 70922)
Benesch, Friedlander, Coplan & Aronoff LLP
127 Public Square, Suite 4900
Cleveland, OH 44114
Telephone: 216.363.6235
Facsimile: 216.363.4588
Email: mmontgomery@beneschlaw.com

J. SCOTT HUMPHREY (attorney admissions application forthcoming)
KATIE M. BURNETT (*pro hac vice* forthcoming)
Benesch, Friedlander, Coplan & Aronoff LLP
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Telephone: 312.212.4949
Facsimile: 312.767.9192
Email: shumphrey@beneschlaw.com
         kburnett@beneschlaw.com

## CERTIFICATE OF SERVICE

I certify that on this ____ day of March 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing, and attach same for service on the following:

John Mark Goings
20 Inverness Circle
Little Rock, AR 72212-2928

_Michael Montgomery_
Michael Montgomery

*One of the Attorneys for Plaintiff Allstate Insurance Company*