UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY<br><br>     Plaintiff,<br>VS.<br><br>JOHN MARK GOINGS<br><br>     Defendant. | Case No. 4:24-CV-00257-KGB |

### DEFENDANT'S THIRD UNOPPOSED MOTION TO EXTEND TIME TO REQUEST LEAVE TO AMEND PLEADINGS AND ADD PARTIES

Comes now Defendant John Mark Goings, by and through his attorneys, Gill Ragon Owen, P.A., and for his Third Unopposed Motion to Extend Time to Request Leave to Amend Pleadings and Add Parties states as follows:

1. Plaintiff filed this action against Defendant on March 20, 2024 for breach of contract, violations of the Arkansas Trade Secrets Act, violations of the Federal Defend Trade Secrets Act and tortious interference.

2. Defendant filed his Answer to the Complaint on May 1, 2024.

3. On September 16, 2024, the Court issued its Final Scheduling Order (Dkt. No. 21) setting October 2, 2024 as the deadline for the parties to request leave to add parties or amend their pleadings.

4. The Final Scheduling Order incorporated the Court's September 5, 2024 Order (Dkt. No. 20) extending the deadline to request leave to amend pleadings and add parties set forth in the Court's Proposed Final Scheduling Order.

1

5. On October 1, 2024, the Court granted a second extension of time by which the parties may request leave to add parties or amend pleadings by Order (Dkt. No. 23) extending the deadline up to and including November 2, 2024.

6. The parties are still conducting written discovery so that Defendant is not yet able to ascertain whether he needs to seek leave to amend his pleadings or join any additional parties and therefore, good cause exists for this motion.

7. Thus, Defendant requests that the Court extend its deadline for the parties to request leave to add parties or amend pleadings for two (2) additional months, up to and including January 2, 2025.

8. Counsel for the Defendant has conferred with counsel for the Plaintiff and this motion is unopposed.

Respectfully submitted,

GILL RAGON OWEN, P.A.
425 West Capitol, Suite 3800
Little Rock, AR 72201
(501)376-3800
finch@gill-law.com
howard@gill-law.com

*/s/ Hannah W. Howard*
Matthew B. Finch, Ark. Bar No. 2001025
Hannah W. Howard, Ark. Bar No. 2021212
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2024, a copy of the foregoing was filed via the Court's ECF electronic filing system which shall send notice of the same to all counsel of record.

*/s/ Hannah W. Howard*
Hannah W. Howard