# IN THE UNITED STATE DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| Allstate Insurance Company,<br><br>        Plaintiff,<br><br>v.<br><br>John Mark Goings,<br><br>        Defendant. | Case No. 4:24-CV-00257-KGB |

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

COMES NOW Plaintiff Allstate Insurance Company and Defendant John Mark Goings, by and through their undersigned counsel, hereby state that the Parties have agreed to the terms of a Protective Order to govern discovery in this dispute. The parties respectfully request that this Court enter the Protective Order attached hereto as **Exhibit A**.

Respectfully submitted,

*/s/ J. Scott Humphery*
J. Scott Humphrey
Benesch, Friedlander, Coplan & Aronoff LLP
71 South Wacker Drive, Suite 1600 Chicago, IL 60606-4637

*One of the Attorneys for Plaintiff Allstate Insurance Company*

AND

*/s/    Hannah W. Howard*
Matthew B. Finch, ABA 2001025
Hannah W. Howard, ABA 2021212
Gill Ragon Owen, P.A.
425 West Capitol Avenue, Suite 3801
Little Rock, Arkansas 72201
finch@gill-law.com
howard@gill-law.com

*Attorneys for Defendant John Mark Goings*