**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS**

Allstate Insurance Company,

              Plaintiff,

    v.

John Mark Goings,

              Defendant.

Case No. 4:24-CV-00257-KGB

**ALLSTATE INSURANCE COMPANY'S MOTION TO COMPEL AND/OR MOTION
FOR RULE TO SHOW CAUSE REGARDING WILLIAMSON INSURANCE
AGENCY'S COMPLIANCE WITH SUBPOENA**

Plaintiff Allstate Insurance Company ("Plaintiff" or "Allstate") respectfully seeks an order compelling non-party Williamson Insurance Agency ("Williamson") to comply with a subpoena to produce documents properly served on Williamson on July 22, 2024. In support hereof, Allstate states as follows:

1.    Allstate has sued Defendant John Mark Goings ("Goings") for breach of contract, misappropriation of trade secrets, and tortious interference. Dkt. 1. Allstate has alleged that Goings unlawfully retained Allstate confidential information and solicited Allstate customers in violation of his "Allstate R3001 Exclusive Agency Agreement" ("Agreement") to leave Allstate and bring their policies to Williamson. *Id.* at Dkt. 1-9.

2.    Allstate has good reason to believe that other Williamson employees, including Goings' father, Jerry Goings, have unlawfully solicited Allstate customers on behalf of Goings.

3.    To uncover the extent of Goings' (and those acting on his behalf's) activities, Allstate properly served Williamson with a subpoena in accordance with Federal Rule of Civil Procedure 45 on July 22, 2024 to discover which Allstate customers were solicited or contacted by Goings or on Goings' behalf.

4.    Counsel for Allstate and Williamson met and conferred several times in good faith between July and September 2024 to negotiate the parameters of a subpoena response.

5.    Williamson, however, refuses to comply with the subpoena, and the parties are unable to resolve the dispute without intervention of the Court.

6.    Accordingly, Allstate Insurance Company respectfully requests, for the reasons in this Motion and articulated in greater detail in the supporting brief filed contemporaneously herewith, that this Court grant its Motion and enter an Order as follows: (a) compelling Williamson Insurance Agency to respond adequately to each subpoena request and/or ordering Williamson Insurance Agency to show cause as to why it has not complied with the subpoena; and (b) ordering any further relief this Court deems appropriate.

Dated:  November 18, 2024

Respectfully submitted,

/s/ J. Scott Humphrey
MICHAEL MONTGOMERY
OH Bar 70922
Attorney for Plaintiff
Benesch, Friedlander, Coplan & Aronoff LLP
127 Public Square, Suite 4900
Cleveland, OH 44114
Telephone:  216.363.6235
Email: mmontgomery@beneschlaw.com

J. SCOTT HUMPHREY
KATIE M. BURNETT (admitted *pro hac vice*)
Attorneys for Plaintiff
Benesch, Friedlander, Coplan & Aronoff LLP
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Telephone:  312.212.4949
Email:  shumphrey@beneschlaw.com
          kburnett@beneschlaw.com

## **CERTIFICATE OF SERVICE**

I certify that on this 18th day of November, 2024, I electronically transmitted the attached

document to the Clerk's Office using the CM/ECF system for filing, and attach same for service

on the following:

Michael S. Moore
Friday, Eldredge & Clark, LLP
400 West Capitol Avenue, Suite 2000
Little Rock, Arkansas 72201-3522
mmore@fridayfirm.com

*/s/ J. Scott Humphrey*

J. Scott Humphrey