**IN THE UNITED STATE DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**

Allstate Insurance Company,

          Plaintiff,

   v.

John Mark Goings,

          Defendant.

Case No. 4:24-CV-00257-KGB

**MOTION FOR ADMISSION *PRO HAC VICE* OF ATTORNEY MEGHAN GOLDEN**

Michael Montgomery, counsel for Plaintiff Allstate Insurance Company ("Allstate"), pursuant to E.D. Ark. LCvR 83.5(d), moves this Court for an Order admitting Meghan Golden to practice before this Court for the limited purpose of appearing as counsel in this matter on behalf of Allstate. In support, counsel represents to the Court as follows:

1.      Movant Michael Montgomery is a member in good standing of the Ohio Bar and this Court. Movant's Ohio Bar Number is 70922.

2.      Ms. Golden is an attorney with the law firm of Benesch Friedlander Coplan & Aronoff LLP and her contact information is as follows:

> Meghan Golden
> Benesch Friedlander Coplan & Aronoff, LLP
> 71 S. Wacker Drive, Suite 1600
> Chicago, IL 60606
> (312) 624-6378
> mgolden@beneschlaw.com

3.      Ms. Golden is a member in good standing of the State of Illinois Bar Association, the United States District Court for the Northern District of Illinois and the United States District Court for the District of Colorado.  Ms. Golden has never been the subject of a complaint charging unethical professional conduct and has never been subject to discipline by any bar association or any other applicable authority.

4.     Ms. Golden states and affirms that she will comply with the Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas and with all procedures and requirements of this Court.  Movant shall remain associated as local counsel for Allstate.

5.     The required *Pro Hac Vice* fee of $100.00 is tendered with this motion.

WHEREFORE, the undersigned respectfully requests that Meghan Golden be admitted to practice before the Court for the limited purpose of participating in this case.

Respectfully submitted,

Dated:  June 10, 2025

*/s/ Michael Montgomery*
MICHAEL MONTGOMERY
OH Bar 70922
Attorney for Plaintiff
Benesch, Friedlander, Coplan & Aronoff LLP
127 Public Square, Suite 4900
Cleveland, OH 44114
Telephone:  216.363.6235
Email: mmontgomery@beneschlaw.com

MEGHAN GOLDEN (applying *pro hac vice*)
IL Bar 6345789
Attorney for Plaintiff
Benesch, Friedlander, Coplan & Aronoff LLP
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Telephone:  312.624.6378
Email:  mgolden@beneschlaw.com

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2025, a true and correct copy of the foregoing document was electronically filed and served through the Court's CM/ECF filing system on all counsel of record.

*/s/ Michael Montgomery*

Michael Montgomery