**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ALLSTATE INSURANCE COMPANY** **PLAINTIFF**

**v.** **Case No. 4:24-cv-00257-KGB**

**JOHN MARK GOINGS and**
**J. MARK GOINGS INSURANCE**
**AGENCY, INC.** **DEFENDANTS**

# ORDER

Before the Court is the parties' joint stipulation of dismissal (Dkt. No. 84). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the stipulation of dismissal. The Court dismisses with prejudice all claims against defendants John Mark Goings and J. Mark Goings Insurance Agency, Inc., and dismisses with prejudice all claims against plaintiff Allstate Insurance Company, with each party to bear its own costs, expenses, and attorneys' fees.

It is so ordered this 11th day of September, 2026.

Kristine G. Baker
Chief United States District Judge